UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. MJ10-189 |
| | ) |
| v. | ) **TEMPORARY DETENTION** |
| | ) **ORDER** |
| BRIAN LEE HALL, | ) |
| | ) |
| Defendant. | ) |

Offense charged:

Conspiracy to Import Marijuana, Attempted Bulk Cash Smuggling, and Conspiracy to Launder Monetary Instruments.

Defendant made his initial appearance on April 23, 2010.  Defendant agreed to an order of temporary detention with leave to request a formal detention hearing in the Eastern District of Washington.  The government did not object to proceeding in this fashion.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;  The Court

TEMPORARY DETENTION ORDER - 1

1  grants him leave to move for a detention hearing and release in the Eastern District of

2  Washington;

3      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

4  counsel;

5      (3)    On order of a court of the United States or on request of an attorney for the

6  Government, the person in charge of the correctional facility in which Defendant is confined

7  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

8  connection with a court proceeding; and

9      (4)    The clerk shall direct copies of this order to counsel for the United States, to

10 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

11 Officer.

12     DATED this 23rd day of April, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

TEMPORARY DETENTION ORDER - 2